THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK LAGANO, Appellant, v WILLIAM A. LEE, Respondent.

Submitted September 10, 2012; decided October 30, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of ARKEL WILSON, Respondent, v NEW YORK CITY HOUSING AUTHORITY et al., Appellants.

Submitted August 27, 2012; decided October 30, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not a nonfinal order of the type provided for in CPLR 5602 (a) (2).